Randy L. THOMAS, Plaintiff—
Appellant,

v.

Ynez OLSHAUSEN; Mary Ellen Mc-
Donald; Peter Gorman; Charlotte–
Mecklenburg Police; Charlotte–Meck-
lenburg; State of North Carolina, De-
fendants—Appellees.

No. 08–1769.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 10, 2008.

Decided: Dec. 11, 2008.

Randy L. Thomas, Appellant Pro Se.
Mark Weston Johnson, McGuirewoods,
LLP, Charlotte, North Carolina; Richard
Harcourt Fulton, Sardar Mujeeb Shah–
Khan, Office of the City Attorney, Char-
lotte, North Carolina; Thomas J. Ziko,
Assistant Attorney General, Raleigh,
North Carolina, for Appellees.

Before WILKINSON, TRAXLER, and
DUNCAN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Randy L. Thomas appeals the district
court's order denying relief on his 42
U.S.C. § 1983 (2000) complaint. We have
reviewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *Thomas
v. Olshausen,* No. 3:07–cv–00130–GCM,
2008 WL 2468738 (W.D.N.C. filed June 16,
2008) & (entered June 17, 2008). We dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED.*